RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 2-8-02
BY TLSV

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

FEB 1 1 2002

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

| | |
|---|---|
| WALTER DAVIS, III | CIVIL ACTION NO.: CV00-1842-A |
| VERSUS | JUDGE LITTLE |
| CONCORDIA BANK AND TRUST COMPANY | MAGISTRATE JUDGE KIRK |

## JUDGMENT OF DISMISSAL

Premises of the motion by CONCORDIA BANK AND TRUST COMPANY considered, it appearing that the matters at issue between the parties have now been resolved, it is accordingly

ORDERED, ADJUDGED AND DECREED that this matter now be dismissed, with prejudice, with each party to bear its own costs.

DATED AND SIGNED at Alexandria, Louisiana, this 11 day of February, 2001.

_____
JUDGE, UNITED STATES DISTRICT COURT

JUDGMENT ENTERED
February 11, 2001
BY _____
COPY _____

GOLD, WEEMS,
BRUSER, SUES
& RUNDELL
ALEXANDRIA, LOUISIANA